NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEOTIS DIXON,**

*Claimant-Appellee*

v.

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellant*

---

2026-1565

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 24-4509, Judge Scott Laurer.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

March 30, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 30, 2026